**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

970 Broad Street, Suite 700
Newark, NJ 07102

973-645-2700

February 8, 2012

William T. Walsh
Clerk, U.S. District Court
King Federal Courthouse
Newark, New Jersey

Re: United States of America
v. Vasilios Giannakaris
CRIMINAL NO. 03-310

Dear Mr. Walsh:

We herewith request that the Application and Order for Writ of Continuing Garnishment in the captioned matter be withdrawn.

An agreement has been reached through Mr. Giannakaris' attorney to satisfy the debt in it entirety.

Thank you for your assistance in this matter.

Respectfully submitted,

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By: William J. Carnathan
INVESTIGATOR, FINANCIAL LITIGATION UNIT
(973) 297-4371

PAUL J. FISHMAN
UNITED STATES ATTORNEY
UNITED STATES ATTORNEYS OFFICE
970 Broad Street, Room 700
Newark, New Jersey 07102
(973) 297-4371

February 8, 2012

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. DICKINSON R. DEBOVOISE |
| PLAINTIFF, | : | CRIMINAL NO. 03-310 |
| v. | : | |
| VASILIOS GIANNAKARIS , | | |
| | : | ORDER |
| DEFENDANT, | | |
| and | | |
| TENANT, APARTMENT C3 | | |
| GARNISHEE. | | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 10th day of Jan , 2012

ORDERED that the Application and Order for Writ of Continuing Garnishment in this matter is hereby WITHDRAWN.

By: [signature]
HONORABLE DICKINSON R. DEBOVOISE
JUDGE, U.S. DISTRICT COURT